DOROTHY E. JACKSON, ADMINISTRATRIX (ESTATE OF RAYMOND E. JACKSON), ET AL. *v.* I. DAVID MARDER (6574)

BORDEN, DALY and FOTI, Js.

Submitted on briefs September 20—decision released October 11, 1988

*Otto P. Witt* filed a brief for the appellant (plaintiff).

*Robert J. Cathcart* filed a brief for the appellee (defendant).

PER CURIAM. We have fully reviewed the claims of error as presented by the plaintiff, and the defendant's responses thereto. This review persuades us that the trial court did not err in dismissing the plaintiff's complaint.

There is no error.